UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-23321-CIV-ALTONAGA/Simonton

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUIS ROMERO,

        Defendant,

_____,

FILED by AJS D.C.
DEC 12 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**NOW COMES** Defendant, Luis A. Romero, Pro-Se, and hereby files this Answer and Affirmative Defenses to Plaintiff's Complaint and respectfully states as follows:

## ANSWER TO COMPLAINT

1. Admit

2. Admit

3. Defendant Lacks sufficient knowledge as to the allegations in paragraph 3 and demands the Plaintiff(s) provide strict proof.

4. Defendant denies the allegations set forth in paragraph 4 of the Complaint as untrue.

5. Defendant denies the allegations set forth in paragraph 5 and demands the Plaintiff(s) provide strict proof.

## AFFIRMATIVE DEFENSES

Defendant gives notice that it may rely on the following Affirmative Defenses at trial. As for Affirmative Defenses, the Defendant asserts and states as follows:

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23321-CIV-ALTONAGA/Simonton
Page 2

### FIRST AFFIRMATIVE DEFENSE
FAILURE TO STATE A CLAIM

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
UNCLEAN HANDS

The Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
FRAUD

The Plaintiff has provided information in the allegations of the Complaint that they knew, or should have known, is incorrect, a misrepresentation or fraudulent.

### FOURTH AFFIRMATIVE DEFENSE
BREACH OF CONTRACT

The Plaintiff has provided information in the allegations of the complaint that they knew, or should have known, is a breach of contract by the Plaintiff. The Plaintiff's breach of contract makes any alleged debt, in whole or in part, owed by Defendant invalid.

### FIFTH AFFIRMATIVE DEFENSE
BAD NOTICE

The alleged note(s) obligated the Plaintiff(s) to send a notice(s) to Defendant permitting the Defendant to review the correct amount of alleged debt and payments owed. To the extent any claim was in bad notice, it should be dismissed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23321-CIV-ALTONAGA/Simonton
Page 3

### SIXTH AFFIRMATIVE DEFENSE
VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT CLAIMS (FDCPA)

To the extent Plaintiff(s) has violated the FDCPA, that claim should be dismissed.

### SEVENTH AFFIRMATIVE DEFENSE
DOCTRINE OF LACHES

The Plaintiff, or the person that assigned the claim to the Plaintiff waited too long to file this lawsuit, making it difficult or impossible for the Defendant to find witnesses, evidence, or that evidence necessary to provide for defendant's defense which has been lost or destroyed.

### EIGHTH AFFIRMATIVE DEFENSE
UNFAIR DECEPTIVE OR FRAUDULENT LENDING PRACTICES – PREDATORY LENDING

Plaintiff used unfair, deceptive and fraudulent predatory lending practices. Unfair and abusive terms were imposed on Defendant that the Plaintiff knew, or should have known, indicate predatory lending practices.

### NINTH AFFIRMATIVE DEFENSE
UNJUST ENRICHMENT

The original creditor(s) have unjustly enriched themselves at the expense of the Defendant. The system has provided the original creditor(s) and Plaintiff(s) a shadowy, nationwide network of politically connected guarantors, servicers, and collection companies who have greatly enriched themselves at the expense of the Defendant, and those in the position of the Defendant.

### TENTH AFFIRMATIVE DEFENSE
FAILURE TO MITIGATE DAMAGES

The original creditor(s) and/or Plaintiff(s) actions, or non-actions, failed to mitigate their own damages, allegedly caused by Defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23321-CIV-ALTONAGA/Simonton
Page 4

### ELEVENTH AFFIRMATIVE DEFENSE
### UNCONSCIONABILITY

The original creditor(s) used an inequality of bargaining power and confusing and hidden language that the Defendant was unable to understand, particularly the long-term ramification of such terms. Additionally, the substantive terms are so one-sided as to be oppressive and are harsher than those for all other loan instrument in our nation's history. To the extent that any claim is unconscionable, it should be dismissed.

### TWELTH AFFIRMATIVE DEFENSE
### FAILURE OF CONSIDERATION – OFFSET

In the extent that any claim turns out to be a failure of consideration or not properly offset, it should be corrected and/or dismissed.

### THIRTHTEEN AFFIRMATIVE DEFENSE
### GOOD FAITH AND FAIR DEALING

The original creditor(s) acted in an unfair, misleading, sneaky and extremely advantageous manner. The Plaintiff(s) knew, or should have known; the actions of the original creditor(s) were not in good faith and fair dealing.

### RESERVATION OF RIGHTS

Defendant reserves the right to file such additional defenses and counterclaims that may exist and become apparent during the course of discovery.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23321-CIV-ALTONAGA/Simonton
Page 5

### REQUEST FOR RELIEF

Based upon these answers and affirmative defenses, the Defendant respectfully requests this honorable Court to enter a judgment as follows:

(a) Dismissing the above styled action in whole, or in part, and with prejudice;
(b) Awarding such other and further relief as the Court may find to be just and equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above is being served by U.S. Mail this 12th day of December, 2012 upon all counsel or parties of record as indicated on the attached service list and hand delivered to the Clerk Of The Court, Wilkie D. Ferguson Jr. United states Court House, 400 N. Miami Ave, Miami, FL.

_____

LUIS A. ROMERO
Email: laromero32@gmail.com
224 Duval Drive, Miami Springs, FL 33166
Telephone 813 629 3297
DEFENDANT, Pro-Se

CASE N): 12:2321-CIV-ALTONAGA
UNITED STATES OF AMERICA vs. LUIS ROMERO
Page 6

## SERVICE LIST

Clerk Of The Court
United States District Court
400 North Miami Avenue
Miami, Florida 33128


Luis Romero, Pro-Se DEFENDANT
224 Duval Drive
Miami Springs, FL 33166
Telephone: 813 629 3297
Email: laromero32@gmail.com

Jennifer Margolis Marquez, Esq.
Email: jenmargolis@bellsouth.net
Florida Bar No: 0770701
Newman & Marquez, P.A.
1533 Sunset Dr., S- 225
Coral Gables, FL 33143
Telephone: 305 665-9633
Fax No: 305 666-9714
Attorneys for Plaintiff