UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23321-CIV-ALTONAGA/Simonton

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**LUIS ROMERO**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court upon the June 11, 2013 Order granting Plaintiff's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, the United States of America, and against Defendant, Luis Romero.

2. The United States shall recover from Luis Romero the amount of $219,873.42, consisting of $92,534.43 in unpaid principal and $127,338.99 in accrued interest through February 19, 2013, plus interest thereafter to the date of this judgment at the rate of 9% per annum on the unpaid principal.

3. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq.*, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

4. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper, including

Case No. 13-23321-CIV-ALTONAGA/Simonton

those addressing attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Luis Romero, *pro se*